IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| TERESA R. DUFFIE, | : | Case No. 3:14-cv-394 |
| Plaintiff, | : | Judge Thomas M. Rose |
| | | Magistrate Judge Michael J. Newman |
| v. | : | |
| CAROLYN W. COLVIN,<br>Commissioner of the Social<br>Security Administration, | : | |
| | : | |
| Defendant. | : | |

_____

**ENTRY AND ORDER OVERRULING OBJECTIONS (DOC. 16) TO
THE REPORT AND RECOMMENDATIONS (DOC. 14); ADOPTING THE
REPORT AND RECOMMENDATIONS (DOC. 14) IN THEIR ENTIRETY;
AFFIRMING THE COMMISSIONER'S NON-DISABILITY
DETERMINATION; AND TERMINATING THIS CASE**
_____

This is an action under 42 U.S.C. § 405(g) for review of the decision of the Commissioner of the Social Security Administration ("Commissioner") denying Plaintiff Teresa R. Duffie's application for Disability Insurance Benefits and Supplemental Security Income.  On February 9, 2016, Magistrate Judge Michael J. Newman entered a Report and Recommendations (Doc. 14), which recommended that the Court affirm the Commissioner's decision.  On March 1, 2016, Plaintiff filed Objections (Doc. 16) to the Report and Recommendations.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case.  Upon said review, the Court finds that Plaintiff's Objections (Doc. 16) to the Report and Recommendations (Doc. 14) are not well taken and they are hereby **OVERRULED**.  The Court **ADOPTS** the Report and Recommendations (Doc. 14) in their entirety and therefore **AFFIRMS** the Commissioner's non-disability decision.

The Clerk is **ORDERED** to terminate this case on the Court's docket.

**DONE** and **ORDERED** in Dayton, Ohio, this Wednesday, March 2, 2016.

                                                      s/Thomas M. Rose
                                      _____
                                                   THOMAS M. ROSE
                                    UNITED STATES DISTRICT JUDGE